In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 24-11192

---

EBONI WILLIAMS,
DEBBIE SHOEMAKER,
PAULA MAYS,
TINA KOVELESKY,
SHADRIN HERRING,
as representatives of a class of similarly
situated persons, and on behalf of the
A360, Inc. Profit Sharing Plan f.k.a.
A360, Inc. Employee Stock Ownership Plan,

Plaintiffs-Appellees,

*versus*

GERALD SHAPIRO,
SCOTT BRINKLEY,
ARGENT TRUST ARGENT TRUST COMPANY,
A360 HOLDINGS LLC,

Defendants-Appellants,

JAMIE ZELVIN, et al.,

Defendants.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03236-VMC

---

ORDER:

Plaintiff-Appellees' unopposed Motion for Continuance of Hearing is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION